IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-1935-MSK

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT PARTNERS, INC. d/b/a Outback Steakhouse,

    Defendants.

_____

## ORDER OF RECUSAL
_____

**THIS MATTER** comes before the Court *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, a member of the undersigned's staff is associated with an individual having an interest in the outcome of this case.

Accordingly, it is **ORDERED** that the undersigned hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 29th day of September, 2006

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*
                        _____

                        Marcia S. Krieger
                        United States District Judge