# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01935-EWN-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

vs.

OUTBACK STEAKHOUSE OF FLORIDA, INC. and
OS RESTAURANT PARTNERS, INC. D/B/A OUTBACK STEAKHOUSE,

    Defendants

---

## ORDER

---

Having reviewed the Plaintiffs/Intervenors Motion to Intervene and the Complaint in Intervention, as well as any response, the Court finds that granting this motion will not prejudice any party or cause any delay. Accordingly, the Court grants the motion and orders that the Complaint shall be filed electronically by Plaintiffs/Intervenors and served on all parties no later than December 4, 2006.

Dated this 14th day of November, 2006.

                It is so ORDERED

                s/ Edward W. Nottingham
                Edward Nottingham
                United States District Judge