IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01935-EWN-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

KELLY ALTIZER, and
JENNIFER TURNER-RIEGER,

Intervenor Plaintiffs,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT PARTNERS, INC., d/b/a Outback Steakhouse,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants' Motion for Protective Order Regarding Plaintiff EEOC's First and Second Requests for Production of Documents and Plaintiff EEOC's Notice of Deposition of OS Restaurant Services, Inc., Pursuant to F.R.C.P. 30(b)(6)** [Doc. # 21, filed 1/16/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED with respect to Production Request No. 2, except insofar as the defendants have agreed to make discovery as provided on page 17 of their reply, and as that compromise was modified by me on the record this morning; and is GRANTED

with respect to Production Requests No. 1 and 3 to limit the scope of the requests to January 1, 2002 and thereafter.

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

IT IS FURTHER ORDERED that the defendants shall make supplemental discovery responses consistent with this order on or before **March 30, 2007**.

Dated March 1, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge