IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01935-EWN-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

KELLY ALTIZER, and
JENNIFER TURNER-RIEGER,

Intervenor Plaintiffs,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT PARTNERS, INC., d/b/a Outback Steakhouse,

Defendants.

_____

**ORDER**
_____

This matter is before me on the parties' **Stipulated Motion to Amend Scheduling Order** [Doc. # 68, filed 4/12/2007] (the "Motion"). The Motion requests that I modify the pretrial schedule, but in manner that presumes that the EEOC's *Motion for Bifurcation* [Doc. # 47, filed 3/5/2007] will be granted. The district judge has reserved to himself for ruling and has not referred to me for determination the *Motion to Bifurcate*. The revised proposed schedule extends the pretrial proceedings for an indefinite period of time, and certainly far beyond the existing deadlines mandated by the district judge in his *General Case Management Order and Order of Reference to United States Magistrate Judge*. Obviously, I cannot adopt a schedule to accommodate a bifurcated case until and unless the district judge grants the *Motion to Bifurcate*.

IT IS ORDERED that the Motion is DENIED as premature.

IT IS FURTHER ORDERED that the parties may submit a renewed motion if the district judge grants the *Motion to Bifurcate*.

Dated April 13, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge
