IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01935-EWN-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

KELLY ALTIZER and
JENNIFER TURNER-RIEGER

    Intervenors.

vs.

OUTBACK STEAKHOUSE OF FLORIDA, INC. and
OS RESTAURANT SERVICES, INC.

    Defendants.

---

## RATIFICATION OF BANKRUPTCY TRUSTEE

---

I, Albert Hoffman, hereby ratify the above-captioned action.

1. I have been appointed by the Bankruptcy Court as the Trustee of the Estate of Debtors Kelly Alizer and her husband, David Altizer.

2. I have been notified of the pending action in the above-captioned case and have reviewed the complaint.

3. As the Trustee of the Estate of David and Kelly Altizer, I understand that I am the real party in interest in the above-captioned case.

4. I consent to the continuation of the action in the name of Intervenor Kelly Altizer and I agree to be bound by the outcome in the litigation.

4. Through this action, I seek to obtain recovery on behalf of the creditors of the Estate of David and Kelly Altizer.

5. Should the Court so Order, I am prepared to intervene in the action although I prefer to have the action continue in the name of Kelly Altizer.

DATED this 12th day of April 2007.

Albert Hoffman, Trustee
Albert Hoffman
Trustee
425 S. Cherry Street, Suite 105
Denver, Colorado 80246

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April 2007, I electronically filed the foregoing **RATIFICATION OF BANKRUPTCY TRUSTEE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Rita Byrnes Kittle
Nancy A. Weeks
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Rita.kittle@eeoc.gov
Nancy.weeks@eeoc.gov

Richard S. Mandelson
Steven W. Moore
Stacy D. Mueller
BAKER & HOSTETLER, LLP
rmandelson@bakerlaw.com
smoore@bakerlaw.com
smueller@bakerlaw.com

                                              <u>s/ Stephanie Struble</u>