IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01935-EWN-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

KELLY ALTIZER, and
JENNIFER TURNER-RIEGER,

Intervenor Plaintiffs,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT PARTNERS, INC., d/b/a Outback Steakhouse,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) EEOC's **Motion to Extend Deadline for Identification of Claimants** [Doc. # 72, filed 4/16/2007] (the "Motion to Extend re: Claimants");

(2) **Defendants' Motion for Protective Order Prohibiting EEOC From Sending Out Nationwide Notice of Litigation** [Doc. # 77, filed 4/26/2007] (the "Motion for Protective Order");

(3) **Plaintiffs' Motion for Extension of Time for Plaintiffs to Disclosed Experts** [Doc. # 87, filed 5/29/2007] (the "Motion to Extend Disclosure of Experts");

(4)     **EEOC's Motion for Extension of Time to File Expert Reports** [Doc. # 89, filed 5/29/2007] (the "Motion to Extend Expert Reports"); and

(5)     **EEOC's Motion for Extension of Time to Serve Expert Report of Dr. Richard Tonowski** [Doc. # 96, filed 5/31/2007] (the "Motion to Extend re: Dr. Tonowski").

I held a hearing on these motions this afternoon and made rulings on the record, which are incorporated here. In general, it is my conclusion that the case schedule needs to be modified to allow adequate time for the preparation of this case. In addition, pending before the district judge is the EEOC's Motion to Bifurcate [Doc. # 47, filed 3/5/2007], which is unopposed. Although the issue of bifurcation is not referred to me, based on my review of that motion it appears likely that the district judge will grant bifurcation in some form.

IT IS ORDERED that the (1) Motion to Extend re: Claimants; (2) Motion for Protective Order; (3) Motion to Extend Disclosure of Experts; (4) Motion to Extend Expert Reports; and (5) Motion to Extend re: Dr. Tonowski are DENIED WITHOUT PREJUDICE, to be renewed in a comprehensive motion which addresses the parties' proposal for how the case should proceed and a reasonable schedule for the remaining pretrial proceedings.

IT IS FURTHER ORDERED that the parties shall confer and submit, on or before **June 15, 2007**, a comprehensive motion which contains their proposal for how the case should proceed and a reasonable schedule for all remaining pretrial matters.

Dated June 5, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge