IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01935-EWN-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

KELLY ALTIZER, and
JENNIFER TURNER-RIEGER,

Intervenor Plaintiffs,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT PARTNERS, INC., d/b/a Outback Steakhouse,

Defendants.
_____

## ORDER
_____

This matter is before me on the following:

(1)     **EEOC's Motion to Compel Discovery** [Doc. # 88, filed 5/29/2007] (the "Motion to Compel"); and

(2)     **Motion for Extension of Time to Respond to EEOC's First Set of Interrogatories and Fourth Request for Production of Documents** [Doc. # 97, filed 5/31/2007] (the "Motion for Extension").

I held a hearing on these motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED as limited by my ruling on the record. The defendants shall provide supplemental discovery consistent with this order on or before **July 13, 2007**.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED.

Dated June 21, 2007.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge