IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: July 19, 2007

Civil Action No. 06-cv-01935-EWN-BNB

| *Parties:* | *Counsel:* |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Rita Kittle, Michelle Marshall, and Jeffrey Bannon |
| KELLY ALTIZER, | Stephanie Struble |
| JENNIFER TURNER-RIEGER, | Stephanie Struble |
| Plaintiffs, | |
| v. | |
| OUTBACK STEAKHOUSE OF FLORIDA, INC., | Stacy Mueller and Steven Moore |
| OS RESTAURANT PARTNERS, INC., | |
| Defendants. | |

## COURTROOM MINUTES

**Status Conference**

**10:03 a.m.**   Court in session.

Discussion regarding Motion for Bifurcation, #47.

Discussion regarding pattern of practice, disparate impact, and disparate treatment.

Discussion regarding jurisdiction and estimated length of trial. Ms. Kittle estimates two weeks for trial.

*Courtroom Minutes*
*06-cv-01935-EWN-BNB*
*Judge Edward W. Nottingham*
*Page 2 of 3*

Discussion regarding regional vs. nationwide discovery.

Parties agree to bifurcation regardless of the resolution of the Rule 12(b)(1) Motion to Dismiss, #112.

**ORDERED:  1.       Deadline for simultaneous disclosure of Phase I experts is September 1, 2007.  There will be no rebuttal experts.**

**ORDERED:  2.       Deadline for taking Phase I expert depositions is October 1, 2007.**

Further discussion regarding experts.

**ORDERED:  3.       Deadline for Phase I discovery is November 15, 2007.**

**ORDERED:  4.       Deadline for Phase I dispositive motions is December 7, 2007.**

Court states that Phase I trial may occur in the first half of 2008, following the court's rulings on any dispositive motions.

Discussion regarding Phase II.

Counsel are directed to contact Magistrate Judge Boland's chambers to set a Phase I scheduling conference.  Scheduling conference should be held within the next fifteen to thirty days.

**ORDERED:  5.       Plaintiff Equal Employment Opportunity Commission's Motion for Bifurcation, (#47, filed March 5, 2007) is GRANTED.**

**ORDERED:  6.       The Joint Stipulated Motion to Amend Scheduling Order and Extend Dispositive Motions Deadline in Anticipation of Bifurcation (#118, filed June 22, 2007) is GRANTED in part.**

Discussion regarding anecdotal witnesses.

**10:47 a.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:44