IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01935-EWN-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff(s),

KELLY ALTIZER, and
JENNIFER TURNER-RIEGER,

      Intervenor Plaintiff(s)

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC.,
OS RESTAURANT PARTNERS, INC.,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter comes before the Court *sua sponte.*  This matter was previously set for a Motions Hearing and   Scheduling Conference - concerning "Phase I" - August 03, 2007 at 8:30 a.m.  before Magistrate Judge Boyd N. Boland.  Transfer of the case to Magistrate Judge Kristen L. Mix necessitates the resetting of the Scheduling Conference.  Therefore,

      IT IS HEREBY **ORDERED** the FED.R.CIV.P. 16(b) Scheduling and Planning Conference set August 03, 2007 is **vacated** and  **RESET** to **August 27, 2007 at 10:30 a.m.** (Mountain Time) in Courtroom **A-501,** Fifth floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The Proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., to   Mix_Chambers@cod.uscourts.gov , is due on or before **August 20, 2007.**

      IT IS FURTHER **ORDERED** a hearing  on the Intervenors' Motion to Compel (Docket No. 104**,** Filed June 08, 2007) is set  **August 27, 2007 at 10:30 a.m.**  In Courtroom A-501.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2B.

Dated:  August 2, 2007