**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

Civil Action No.: **06-cv-01935-EWN-KLM**          **FTR** - Reporter Deck - Courtroom A-501
**Date: August 27, 2007**                         Courtroom Deputy,  Ellen E. Miller

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,          Rita B. Kittle
          **Plaintiff(s),**

KELLY ALTIZER, and                                Stephanie Struble
JENNIFER TURNER-RIEGER,
          **Intervenor-Plaintiff(s),**
v.

OUTBACK STEAKHOUSE OF FLORIDA,                    Stacy D. Mueller
OS RESTAURANT PARTNERS, INC.,                     Steven W. Moore
          **Defendant(s).**

---

### COURTROOM   MINUTES  /  MINUTE  ORDER
---

**HEARING:   MOTIONS HEARING / SCHEDULING CONFERENCE as to PHASE I**
**Court in Session:**      10:30  a.m.
Court calls case.    Appearance of counsel.

The Court raises Intervenor-Plaintiffs' Motion to Compel [Docket No. **104**, Filed June 8, 2007] and Defendants' Motion to Modify Court's Order of July 19, 2007 [Docket No. **137**, Filed July 27, 2007] for argument.

Regarding the Motion to Compel:

**It is ORDERED** that identical Interrogatories served by Plaintiff-Intervenors and the EEOC  will not be counted twice for purposes of the numeric limitations on discovery previously set by the Court.

**It is further ORDERED** that the motion is GRANTED in part and DENIED in part.  Defendants must provide responses to the Interrogatories and Requests for Production of documents set forth in the motion for the time period of  JANUARY 01, 2001 forward.

**It is further ORDERED** that the parties shall confer in an effort to resolve the issue of which employee complaints are to be produced.  If the issue is not resolved, the Defendants shall have to and including SEPTEMBER 10, 2007 within which to file a response to the Motion to Compel on

that issue only.

**It is further ORDERED** that Defendants shall produce documents in response to Requests for Production numbers 9, 15, and 16 by SEPTEMBER 4, 2007.

Regarding the Motion to Modify Court's Order Dated July 19, 2007:

**It is ORDERED** that the motion is **GRANTED** for reasons as set forth on the record. Defendants must disclose rebuttal experts as to statistical analysis on or before SEPTEMBER 20, 2007. Defendants must disclose rebuttal experts as to Dr. Tonowski's testimony on or before OCTOBER 1, 2007. The deposition deadline for Phase I experts is extended to NOVEMBER 15, 2007. The dispositive motions deadline is **NOVEMBER 15, 2007.**

Regarding the proposed Scheduling Order submitted by the parties:

**It is ORDERED** that Plaintiffs shall have a total of ten (10) hours to take the Rule 30(b)(6) deposition of the four individuals identified by Defendants to provide the requested testimony.

**It is further ORDERED** that based on Intervenor-Plaintiff's counsel's stipulation that Ms. Altizer will not present any evidence during the liability phase of the case relating to what her treating physician, Dr. Breen, did or did not tell Ms. Altizer about ending her employment with Defendants, the deposition of Dr. Breen will not be permitted during the liability part of the case. Defendants are not precluded from seeking to take Dr. Breen's deposition in the damages phase of this case.

**It is further ORDERED** that the parties shall submit a revised proposed Scheduling Order as to Phase I consistent with the additions and corrections made from the bench **on or before AUGUST 31, 2007.**

HEARING CONCLUDED.   **Court in Recess:**   11:13 a.m.      Total In-Court Time: 00:43