**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01935-EWN-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

KELLY ALTIZER,
ALBERT HOFFMAN, as Trustee for the Estate of Debtors Kelly and David Altizer, and
JENNIFER TURNER-RIEGER,

    Intervenors,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC. and
OS RESTAURANT SERVICES, INC. d/b/a OUTBACK STEAKHOUSE,

    Defendants.

## ORDER

Having reviewed the Unopposed Motion to Intervene by Trustee Albert Hoffman, the Court grants the motion and orders that the Albert Hoffman as Trustee of the Estate of Debtors Kelly and David Altizer is granted leave to intervene and orders that the Second Amended Complaint in Intervention shall be filed electronically by Intervenor Albert Hoffman, Trustee and served on all parties no later than September 14, 2007.

Dated this 10th day of September, 2007.

                                                                  s/ Edward W. Nottingham
                                                                  Edward Nottingham, Chief Judge

United States District Court