IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01935-EWN-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff(s),

KELLY ALTIZER, and
JENNIFER TURNER-RIEGER,
      Intervenor Plaintiff(s)

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC.,
OS RESTAURANT PARTNERS, INC.,

      Defendant(s).

_____

**MINUTE ORDER**

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter comes before the Court pursuant to Defendant's Unopposed Motion for Withdrawal of Defendants' Motion to Compel Against Plaintiff EEOC [Docket No. 184, Filed October 11, 2007] ("the motion").

      IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  Defendants' Motion to Compel [Docket No. 174, Filed September 25, 2007] is **withdrawn without prejudice**.

Dated:  October 12, 2007