**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

Civil Action No.: **06-cv-01935-EWN-KLM**      **FTR** - Reporter Deck - Courtroom A-501
Date: **October 22, 2007**                    Courtroom Deputy,  Ellen E. Miller

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,      Rita Byrnes  Kittle
                                                             (by telephone)

**Plaintiff(s),**

KELLY ALTIZER, and                             Stephanie Struble
JENNIFER TURNER-RIEGER,                                      (by telephone)

**Intervenor-Plaintiff(s),**
v.

OUTBACK STEAKHOUSE OF FLORIDA, and             Richard S. Mandelson
OS RESTAURANT PARTNERS, INC.,                  (by telephone)
d/b/a OUTBACK STEAKHOUSE,
       **Defendant(s).**

---

### COURTROOM   MINUTES  /  MINUTE  ORDER

---

**HEARING:   TELEPHONIC   MOTIONS   HEARING**
**Court in Session:**      11:00  a.m.

Court calls case.     Telephonic appearance of counsel.  Ms. Struble appears by telephone with proposed Intervenor, Heather Joffe.

Discussion is held regarding the Plaintiff's Motion to Compel.

**It is ORDERED:**      Plaintiff's MOTION TO COMPEL AND REQUEST FOR EXPEDITED RULING   [Docket No. **187,** Filed October 17, 2007] is **GRANTED IN PART and DENIED IN PART** for the  reasons set forth on the record.

Plaintiffs have requested Rule 30(b)(6) deponents be designated for three categories of information set forth in their Interrogatories numbered 15, 16, and 18. As to Interrogatory No. 15, Mr. Mandelson states that either Mr. Boyle or Mr. Donovan will be the deponents. As to Interrogatory

*06-cv-01935-EWN-KLM*
*Motions Hearing*
*October 22, 2007*

No. 16, Mr. Mandelson states that Mr. Donovan will be the deponent.  As to Interrogatory No. 18, Mr. Mandelson will provide Ms. Kittle with the name of the Manager of the Colorado Springs store, who will be the deponent, **no later than 10:00 a.m. October 23, 2007.**

Rule 30(b)(6) depositions of Defendants' representatives, Mr. Kadow, Mr. Donovan, Mr. Boyle and Mr. Jackson, shall be conducted in Florida.  Dates proposed and yet to be confirmed are November 12, 13, or 14, 2007.  The deposition of the Colorado Springs Manager shall also be completed in November, and may be noticed as an individual deposition.  Plaintiff and Intervenors were allocated ten (10) hours within which to complete Rule 30(b)(6) depositions.  Plaintiff / Intervenors have whatever amount of time remains of the ten (10) hours previously allotted to take the depositions indicated above, once the amount of time spent to date on the Rule 30(b)(6) depositions is deducted from the ten (10) hour total.

Both sides shall have five (5) days after completion of each of these depositions  to exchange any remaining Interrogatories and Requests for Production of Documents, without exceeding the numeric limitations set forth in the Scheduling Order.

The Court emphasizes the parties' obligation to confer in accordance with Local Rule 7.1.
If counsel come before the Court in the future on matters that should have been resolved by appropriate discussion among the lawyers, the Court will award sanctions in favor of the prevailing party.

HEARING CONCLUDES.

**Court in recess:**   11:43   a.m.
Total In-Court Time:     00:43