IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01935-EWN-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

ALBERT HOFFMAN, as Trustee for the Estate of Debtors Kelly and David Altizer,
JENNIFER TURNER-RIEGER, and
HEATHER JOFFE,

    Intervenor Plaintiffs,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC.,
OS RESTAURANT PARTNERS, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' Motion to Strike Second Amended Complaint in Intervention and Jury Demand [Docket No. 170, Filed September 20, 2007] ("the motion"). A motion to reconsider the District Court's Order dismissing Plaintiff/Intervenor Kelly Altizer as a party [Docket No. 160, Filed September 10, 2007] is pending before the District Court.

    IT IS HEREBY **ORDERED** that the motion is **DENIED without prejudice.** Defendants are given leave to refile the motion if Plaintiff/Intervenor's motion to reconsider is denied.

Dated: November 13, 2007