IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01935-EWN-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

ALBERT HOFFMAN, as Trustee for the Estate of Debtors Kelly and David Altizer,
JENNIFER TURNER-RIEGER, and
HEATHER JOFFE,

    Intervenor Plaintiffs,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC.,
OS RESTAURANT PARTNERS, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' Unopposed Motion for Leave to Conduct Deposition of Corvirtus, Inc. Out of Time [Docket No. 211, Filed November 19, 2007] (the "motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED.** The Scheduling Order entered on September 18, 2007 [Docket No. 167] is amended to extend the Discovery Cutoff for Phase I (liability) to **December 10, 2007** for purposes of conducting the deposition of Corvirtus, Inc. **only**.

Dated: November 20, 2007