**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| Civil Action No.: 06-cv-01935-EWN-KLM | FTR - Reporter Deck - Courtroom C-204 |
| Date: July 08, 2008 | Courtroom Deputy, Kathleen Finney |

_____

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Rita Byrnes Kittle |
| | Stephanie Struble |
| **Plaintiff(s),** | |
| JENNIFER TURNER-RIEGER, | Lynn D. Feiger |
| HEATHER JOFFE, and ALBERT HOFFMAN | |
| **Intervenor-Plaintiff(s),** | |
| v. | |
| OUTBACK STEAKHOUSE OF FLORIDA, | Steven W. Moore |
| OS RESTAURANT PARTNERS, INC., | Richard S. Mandelson |
| **Defendant(s).** | |

_____
**COURTROOM   MINUTES   /   MINUTE   ORDER**
_____

**MOTIONS HEARING:**
**Court in Session:**    4:01 p.m.
Court calls case.   Appearance of counsel.

The Court raises EEOC's Motion to Compel Discovery for argument.

Plaintiff arguments by  Stephanie Struble.
Defendant arguments by Steven Moore.

Discussion is held regarding Defendants' Privilege Log.


**It is ORDERED:**         Plaintiff EEOC's MOTION TO COMPEL DISCOVERY [Docket No. 267, Filed March 27, 2008] regarding Request for Production No. 6 is **TAKEN UNDER ADVISEMENT**.  The Court will issue a written order in due course.

Defendant makes an Oral Motion for Reconsideration of that portion of the Court's Order [Docket No. 283, Filed June 11, 2008] addressing Interrogatories 20 and 21. Discussion is held. The Court does not consider the Oral Motion for Reconsideration and directs the parties to meet and confer regarding a possible resolution.

If no mutually agreeable resolution is reached, defendants may file an appropriate motion as to Interrogatories 20 and 21 **on or before JULY 15, 2008.** Plaintiff and/or Intervenor shall have to and including **JULY 25, 2008** within which to respond.

**It is ORDERED:** That portion of the Court Order, Page 17, [Docket No. 283, Filed June 11, 2008] *1. Defendants shall provide all information requested in Interrogatories 20 and 21 to the extent that it is known to or obtainable by Defendants. However, Defendants shall not produce hourly employees' personnel files for inspection and copying.* is SUSPENDED until further Order of the Court.

HEARING CONCLUDES.
Court in recess: 4:46 p.m.
Total In-Court Time: 00:45

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.