IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01935-EWN-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff(s),

ALBERT HOFFMAN,
JENNIFER TURNER-RIEGER, and
HEATHER JOFFE,

    Intervenor Plaintiff(s)

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC.,
OS RESTAURANT PARTNERS, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Plaintiff **EEOC's Motion to Compel Discovery** [Docket No. 267; Filed March 27, 2008] (the "Motion"). On July 14, 2008, the Court held a portion of the Motion in abeyance pending further briefing by EEOC regarding whether it has a substantial need for certain witness statements in light of the applicable work product privilege pursuant to Fed. R. Civ. P. 26(b)(3)(A)(ii) [Docket No. 292]. To this end, EEOC was directed to file a supplemental brief on or before August 8, 2008. As of the date of this Order, EEOC has not filed a brief.

    IT IS HEREBY **ORDERED** that the portion of the Motion held in abeyance is **DENIED**. The moving party bears the burden of proof with respect to its Motion. *Echostar Communs. Corp. v. News Corp.*, 180 F.R.D. 391, 394 (D. Colo. 1998). EEOC's failure to brief the issue of substantial need necessarily mandates that the Court deny the final portion of the Motion, as the absence of proof of substantial need renders the documents protected by the work product doctrine. *See Frontier Ref., Inc. v. Gorman-Rupp Co.*, 136 F.3d 695, 704 (10th Cir. 1998).

Dated: August 12, 2008