**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01935-CMA-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

ALBERT HOFFMAN, as Trustee for the Estate of Debtors kelly and David Altizer,
JENNIFER TURNER-REIGER, and
HEATHER JOFFE,

    Plaintiff/Intervenors,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT SERVICES, INC.,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

This matter is before the Court *sua sponte*. Upon completion of the Final Pretrial Conference, this matter is ready to be set for trial. Plaintiff/Intervenors anticipate a 10-day jury trial; defendants anticipate a 20-day jury trial. The Court hereby

ORDERS that a status conference is scheduled for **April 21, 2009 at 11:00 a.m.** to determine the number of days this matter should be set for trial.

DATED: April __7__, 2009

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge