**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01935-CMA-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

and

ALBERT HOFFMAN, as Trustee for the Estate of Debtors Kelly and David Altizer,
JENNIFER TURNER-REIGER, and
HEATHER JOFFE,

     Plaintiff/Intervenors,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT SERVICES, INC.,

     Defendants.

---

## ORDER SETTING CASE FOR TRIAL

---

The above-captioned matter has been scheduled for a **three-week jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Tuesday, January 19, 2010 at 9:00 a.m.**

A Final Trial Preparation Conference is set for **Friday, December 18, 2009 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead**

**counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .**

These proceedings are subject to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the District of Colorado and **the Civil Practice Standards for this courtroom**, a copy of which can be downloaded from the Court's website at www.cod.uscourts.gov, under "Judicial Officers' Procedures."

DATED:  April   23  , 2009

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge