**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01935-CMA-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

ALBERT HOFFMAN, as Trustee for the Estate of Debtors Kelly and David Altizer,
JENNIFER TURNER-REIGER, and
HEATHER JOFFE,

    Plaintiff/Intervenors,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT SERVICES, INC.,

    Defendants.

## ORDER VACATING *DAUBERT* HEARING AND ORDER TO CALL TO RESCHEDULE

    This matter is before the Court *sua sponte*. Because a conflict has arisen on this Court's docket, the *Daubert* Hearing in this matter currently set for July 2, 2009 is VACATED.

    The Court NOTES that in an earlier courtesy call regarding this conflict, counsel were advised by Chambers staff that the afternoons of June 30, 2009 and July 1, 2009 are currently available to reset this hearing. However, these dates will not remain open indefinitely. Counsel are DIRECTED to confer and call Chambers (303-335-2174) *via*

conference call, with their calendars available, <u>no later than May 22, 2009</u>, in order to reschedule this hearing.

DATED: May <u>  15  </u>, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge