IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-01935-CMA-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

ALBERT HOFFMAN, as Trustee for the Estate of Debtors Kelly and David Altizer,
JENNIFER TURNER-REIGER, and
HEATHER JOFFE,

    Plaintiff/Intervenors,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT SERVICES, INC.,

    Defendants.

## ORDER RESETTING *DAUBERT* HEARING

Pursuant to a telephone conference between counsel for the parties and Chambers staff, the *Daubert* hearing in this matter is RESET to **July 24, 2009 at 1:00 p.m.** in Courtroom A602 of the Arraj Courthouse. The Court has set aside a half-day for this hearing.

DATED:  May  22 , 2009

BY THE COURT:

*/s/ Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Judge