**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01935-CMA-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

v.

OUTBACK STEAKHOUSE OF FLORIDA, and
OS RESTAURANT SERVICES

        Defendants   .

**ORDER TO CURE DEFICIENCY**

**Arguello, Judge**

Jonathan Riches, Interested Party, submitted a Notice of Appeal on July 27, 2009.

The court has determined that the document is deficient as described in this order.

Jonathan Riches will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
        _X_    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        _X_    is not submitted
        ___    is missing affidavit
        ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
        ___    is missing required financial information
        ___    is missing an original signature by the prisoner
        ___    is not on proper form (must use the court's current form)
        ___    other_____

Accordingly, it is

ORDERED that Jonathan Riches cure the deficiencies designated above within 30 days from the date of this order. Any papers that Jonathan Riches files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Jonathan Riches, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Jonathan Riches fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   11th   day of August, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge