IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and ALBERT HOFFMAN, as Trustee for the Estate of Debtors Kelly and David Altizer; JENNIFER TURNER-REIGER and HEATHER JOFFEE, | ) ) ) ) ) ) |
| Intervenor Plaintiffs, | ) ) |
| vs. | ) ) |
| OUTBACK STEAKHOUSE OF FLORIDA, INC., and OS RESTAURANT SERVICES, INC., d/b/a Outback Steakhouse, | ) ) ) ) ) |
| Defendants. | ) |

Case Number CIV-06-1935-C

## **O R D E R**

The Daubert hearing set for September 11, 2009, is STRICKEN and reset for October 19 and 20, 2009. The supplemental briefs directed by Judge Arguello at the April 21, 2009, hearing are to be filed not later than Tuesday September 8, 2009. Response briefs, if necessary, are to be filed not more than 18 days later.

IT IS SO ORDERED this 31st day of August, 2009.

_____
ROBIN J. CAUTHRON
United States District Judge