**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01935-CMA-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

and

ALBERT HOFFMAN, as Trustee for the Estate of Debtors Kelly and David Altizer,
JENNIFER TURNER-REIGER, and
HEATHER JOFFE,

      Plaintiff/Intervenors,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT SERVICES, INC.,

      Defendants.

## ORDER REGARDING *DAUBERT* HEARING AND TRIAL DATES

This matter is before the Court *sua sponte*. Upon review of the file, the Court notes that Judge Cauthorn set a *Daubert* hearing on October 19 and 20. It is hereby

ORDERED that these dates will remain on Judge Arguello's docket as follows:

A *Daubert* hearing is set for **October 19, 2009 at 1:00 p.m. and October 20, 2009 at 9:00 a.m.**, in Courtroom A602 of the Arraj Courthouse. It is

FURTHER ORDERED that the Final Trial Preparation Conference set for **December 18, 2009 at 9:00 a.m.** and the three-week Jury Trial set to commence **January 19, 2010 at 9:00 a.m.** also remain on the docket of Judge Arguello.

DATED:  September   16  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge