**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01935-CMA-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

ALBERT HOFFMAN, as Trustee for the Estate of Debtors Kelly and David Altizer,
JENNIFER TURNER-REIGER, and
HEATHER JOFFE,

    Plaintiff/Intervenors,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT SERVICES, INC.,

    Defendants.

_____

**MINUTE ORDER VACATING *DAUBERT* HEARING AND TRIAL**
_____

ENTERED BY CHRISTINE M. ARGUELLO

    The Joint Motion to Stay the Action and Vacate *Daubert* Hearing (Doc. #384) is GRANTED.  It is

    ORDERED that the two-day *Daubert* Hearing currently set for October 19, 2009, at 1:00 p.m. is VACATED.  It is

    FURTHER ORDERED that the Final Trial Preparation Conference set for December 18, 2009, at 9:00 a.m. and the three-week jury trial set for January 18, 2010, at 9:00 a.m. are VACATED.  It is

    FURTHER ORDERED that the parties are to file settlement papers with the court on or before **November 16, 2009.**

    DATED: October 16, 2009.