**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01935-CMA-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

ALBERT HOFFMAN, as Trustee for the Estate of Debtors Kelly and David Altizer,
JENNIFER TURNER-REIGER, and
HEATHER JOFFE,

    Plaintiff/Intervenors,

v.

OUTBACK STEAKHOUSE OF FLORIDA, INC., and
OS RESTAURANT SERVICES, INC.,

    Defendants.

_____

**ORDER**
_____

The parties' Joint Motion for Approval of Consent Decree and to Seal Exhibit A (Doc. # 394) is GRANTED. It is therefore

ORDERED that the Consent Decree is hereby APPROVED and ENTERED. It is

FURTHER ORDERED that Exhibit A thereto is SEALED.

DATED: December 29, 2009.

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge